**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENT LAFAUL ALEXANDER, | NO. CV 12-5555-JLS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| GOWER, WARDEN, H.D.S.P., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 3, 2013.

_____
JOSEPHINE L. STATON
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE